NO._____

IN THE COURT OF CRIMINAL APPEALS

OF TEXAS

JAMES LEE BOTLEY aka JAMES BOTLEY,

Appellant

vs.

THE STATE OF TEXAS,

Appellee

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 16 2016

Abel Acosta, Clerk

On petition for discretionary review from the Ninth Court of Appeals; Number 09-14-00224-CR.
On appeal from the Criminal District Court of Jefferson County, Texas; Number 12-15666.

**Botley's First Motion for Extension of Time to File Petition for Discretionary Review**

FILED IN
COURT OF CRIMINAL APPEALS

JUN 16 2016

Abel Acosta, Clerk

James Lee Botley
TDCJ# 1931091
Telford Unit
3899 State Hwy 98
New Boston, Tx 75570

Pro se Appellant

June 13, 2016

To the Honorable Justices:

Pro se James Lee Botley is seeking a 60 day extension of time to file his petition for discretionary review for the following reasons:

1. On May 18, 2016, the below court of appeals issued its opinion and judgment affirming the conviction for aggravated robbery.

2. A petition for discretionary review is due on or before June 17, 2016.

3. No other requests for extension of time have been filed nor have any previous extensions been granted.

4. Being confined, Botley is limited to his access to the law library. The policies of the law library require Botley to special order any recent case law, books, or materials. He is limited to three items per day, with access to only five days per week. This causes a significant delay in discovering favorable cases, and researching them.

5. Also, Botley has been in a transit status for the past several days, where he did not have access to research materials.

6. He does not seek an extension for the purpose of harassment, but that justice be done.

7. He seeks this extension in good faith.

### Prayer

Botley prays the Court grant him a 60 day extension of time to file his petition for discretionary review.

Botley prays for general relief.

Respectfully submitted,

James Lee Botley
TDCJ# 1931091
Telford Unit
3899 State Hwy 98
New Boston, Tx 75570

Pro se Appellant

## Certificate of Service

I certify that a true and correct copy of this motion was served on the below persons by placing the same in the prison mailing system, properly addressed and posted for U.S. First Class mail on June 13, 2016.

Ann Manes
Assistant District Attorney
1085 Pearl Street, Ste 300
Beaumont, Tx 77701

State Prosecuting Attorney
P.O. Box 12405
Austin, Tx 78711

Signed on June 13, 2016.

James Lee Botley